IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| HONORATO MEJIA, CRUZ RANGEL, and ADRIAN GARCIA | § § § § | PLAINTIFFS |
| v. | § § | Civil Action No. 1:10cv264-LG-RHW |
| MASON PRO, INC. | § § § | DEFENDANT |

## DEFAULT JUDGMENT

**THIS MATTER CAME BEFORE THE COURT** for hearing on the Motion for Default Judgment [7] filed by Honorato Mejia, Cruz Rangel, and Adrian Garcia. After considering the Motion, the evidence presented at the hearing, and the applicable law, the Court finds that the Motion is well taken and should be granted. The Court finds that Honorato Mejia is entitled to recover from Mason Pro $530.00 in actual damages and $530.00 in liquidated damages pursuant to 29 U.S.C. § 216 (b). Cruz Rangel is entitled to recover from Mason Pro $1805.50 in actual damages and $1805.50 in liquidated damages pursuant to 29 U.S.C. § 216 (b). Adrian Garcia is entitled to recover from Mason Pro $535.00 in actual damages and $535.00 in liquidated damages pursuant to 29 U.S.C. § 216 (b).

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Motion for Default Judgment [7] is **GRANTED**. Honorato Mejia is entitled to recover from Mason Pro $1060.00 in damages. Cruz Rangel is entitled to recover from Mason Pro $3611.00 in damages. Adrian Garcia is entitled to recover from Mason Pro $1070.00 in damages.

**IT IS FURTHER ORDERED AND ADJUDGED** that the plaintiffs are entitled to recover attorney's fees and the costs of this action.

**SO ORDERED AND ADJUDGED** this the 15th day of February, 2011.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE