# EMPLOYMENT CONTRACT

I, the undersigned, do hereby employ LoCoco & LoCoco, P.A., Attorneys at Law, to represent me and to institute proceedings for damages and injuries against __Mason Pro__ or any other person, firm or corporation liable therefore, resulting from an issue with employment which involved __Fusa__ and which occurred on or about __March 15, 2010__.

For services rendered and to be rendered, I set over and assign to my attorney the greater of:

(1) an undivided contingent interest in and to said claim in the following percentages: thirty-three and one third percent (33-1/3%) of recovery made without filing suit; forty percent (40%) of recovery in the event suit is filed; forty-five percent (45%) of recovery if the case goes to trial; and (50%) of recovery if the case is appealed. Attorneys' fees will be deducted from the total settlement amount (the "gross" amount); or

(2) recovered attorneys' fees at the rate of $250 per hour.

Attorney will advance all legal costs reasonably necessary to bring this matter to a successful conclusion. Attorney may, by providing thirty (30) days notice to client at his or her last known address, request that some or all costs be paid by client as necessary. **If client has retained and discharged a previous attorney, client agrees to pay attorney lien, i.e., all attorney fees and costs of previous attorney, in addition to the fees and costs of LoCoco & LoCoco, P.A., as set forth herein.**

Costs for office overhead, long distance, copies, and postage will be paid as follows:

$100.00 if the case is open for less than one (1) year,
$200.00 if the case is open for more than one (1) year but less than two (2) years;
$300.00 if the case is open for more than two (2) years but less than three (3) years;
$400.00 if the case is open for more than three (3) years but less than four (4) years.

I understand that it may be in my best interest to enter into a structured settlement. If a structured settlement is entered into on my behalf, I agree that all attorneys' fees will be paid up front, out of the initial settlement.

I agree not to communicate with the defendant or his insurer except through my attorney, and my attorney, by acceptance of this employment, agrees not to settle without my consent. Attorney(s) may withdraw as counsel by written notice to the client at his or her last known address via regular U.S. Mail. It is the responsibility of the client to keep attorney(s) advised of his or her last known address. The client may discharge the attorney(s) but said discharge must be in writing. If the client discharges the attorney, the client agrees to pay the attorney(s) for legal services provided prior to discharge the greater of the following: (1) the normal hourly fee of $250.00 per hour, or (2) the applicable percentage, as set forth above, of any offer made prior to discharge. If this contract is no longer in place between the attorney and client(s) because the attorney has been discharged or withdrawn, it is agreed that the reasonable value of the attorney's services is the normal hourly fee of $250.00 per hour.

My attorney is to have the right to employ additional counsel at his or her discretion.

It is understood and agreed that this employment is made upon a contingent basis, and if no recovery is made, I will not owe my attorney any sum whatsoever as attorneys' fees. However, I will reimburse attorney for costs paid by attorney upon conclusion of this case.

**I have read over and fully understand the above contract.**

Dated this the 18th day of May, 2010

_____
CLIENT

_____
CLIENT

The above employment is accepted upon the terms stated herein.

_____
ATTORNEY

LoCoco & LoCoco, P.A.
Attorneys at Law
Post Office Box 6014
D'Iberville, MS 39532
(228) 392-3799

slb Revised Oct 08

EX "D"